# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CRAYTON MATTHEW DILLION

NO. 2024 KW 0170

**APRIL 4, 2024**

---

In Re:    Crayton Matthew Dillion, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1801176.

---

**BEFORE:**   **WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT